UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CONTRELLE HARBIN,

            Petitioner,           Case No. 2:15-cv-148

v.                                     HON. R. ALLAN EDGAR

CATHERINE BAUMAN,

            Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Petitioner's Objection to Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") that the petition for writ of habeas corpus be dismissed because it is barred by the one-year statute of limitations. ECF No. 11. Petitioner does not argue that he filed his petition timely, that he is entitled to equitable tolling, or allege any facts or circumstances that would demonstrate actual innocence. Petitioner states that his habeas claims show that he is actually innocent. However, Petitioner does not show how he is actually innocent or provide any evidence to that effect. Most of his claims address evidentiary issues and ineffective assistance of counsel. *McQuiggin v. Perkins*, 133 S.Ct. 1924, 1931–32 (2013); *Schlup v. Delo*, 513 U.S. 298 (1995). These alleged wrongs do not entitle Petitioner to relief.

        Accordingly, Magistrate Judge Greeley's R&R is **APPROVED AND ADOPTED** as the Opinion of the Court. ECF No. 11. The petition is **DISMISSED** as barred by the one-year statute of limitations. ECF No. 1. **IT IS ORDERED** that a certificate of appealability is denied. A judgment consistent with this Order will be entered.

        **SO ORDERED**.


Dated:    2/29/2016                           */s/ R. Allan Edgar*
                                                   R. Allan Edgar
                                                   United States District Court Judge